**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  1:22-cv-21824-DPG

JUAN CARLOS GIL,

      Plaintiff,

v.

KEY   BISCAYNE   OIL,   INC.   D/B/A
PARADISE SHELL

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JUAN CARLOS GIL, ("Plaintiff"), and Defendant, KEY BISCAYNE OIL, INC. D/B/A PARADISE SHELL ("Defendant"), hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to these Defendants.

Respectfully submitted this July 7, 2022.


/s/ *Anthony J. Perez*                       /s/ *Jalal Shehadeh* 
ANTHONY J. PEREZ, ESQ.              JALAL "JAY" SHEHADEH, ESQ.
Florida Bar No. 535451                 Florida Bar No: 0070617
GARCIA-MENOCAL & PEREZ, P.L.    SHEHADEH GIANNAMORE, PLLC
4937 S.W. 74th Court                  620 SW 42nd Avenue
Miami, Florida 33155                  Coral Gables, Florida 33134
Telephone: (305) 553- 3464           Telephone: (305) 507-9843
Facsimile: (305) 553-3031            Facsimile: (305) 675-0204
Email:  ajperez@lawgmp.com        Email: jay@sglawfl.com
*Counsel for Plaintiff*                    *Counsel for Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this July 7, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court
Miami, Florida 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  dperaza@lawgmp.com;
dramos@lawgmp.com

By: ___*/s/ Anthony J. Perez*_____
         ANTHONY J. PEREZ

2