UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:  1:22-cv-21824-DPG

JUAN CARLOS GIL,

      Plaintiff,

v.

KEY   BISCAYNE   OIL,   INC.   D/B/A
PARADISE SHELL

      Defendant.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, JUAN CARLOS GIL, ("Plaintiff"), and Defendant, KEY BISCAYNE OIL, INC. D/B/A PARADISE SHELL ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on July 12, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jalal Shehadeh* |
| ANTHONY J. PEREZ, ESQ. | JALAL "JAY" SHEHADEH, ESQ. |
| Florida Bar No. 535451 | Florida Bar No: 0070617 |
| GARCIA-MENOCAL & PEREZ, P.L. | SHEHADEH GIANNAMORE, PLLC |
| 4937 S.W. 74th Court | 620 SW 42nd Avenue |
| Miami, Florida 33155 | Coral Gables, Florida 33134 |
| Telephone: (305) 553- 3464 | Telephone: (305) 507-9843 |
| Facsimile: (305) 553-3031 | Facsimile: (305) 675-0204 |
| Email:  ajperez@lawgmp.com | Email: jay@sglawfl.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on July 12, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court
Miami, Florida 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  dperaza@lawgmp.com;
dramos@lawgmp.com


By: ___ */s/ Anthony J. Perez*_____
       ANTHONY J. PEREZ

2